STATE OF NORTH CAROLINA v. EDGAR ROYCE PERRY

No. 410PA87

(Filed 6 April 1988)

ON discretionary review of an unpublished decision of the Court of Appeals reported at 86 N.C. App. 233, 357 S.E. 2d 186 (1987). The Court of Appeals found no error in defendant's trial before *Gray, J.,* in Superior Court, WATAUGA County, in which the defendant was convicted and sentenced for conspiracy to traffic in cocaine, trafficking in cocaine, and possession of a firearm by a convicted felon.

*Lacy H. Thornburg, Attorney General, by Michael Rivers Morgan, Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Mark D. Montgomery, Assistant Appellate Defender, for the defendant-appellant.*

PER CURIAM.

After hearing oral arguments and considering the new briefs of counsel, the Court concludes that discretionary review was improvidently allowed.

Discretionary review improvidently allowed.